■ In the Matter of ANN PETRUS, Appellant, v TOWN OF BRUTUS ZONING BOARD OF APPEALS et al., Respondents. (Appeal No. 1.) [771 NYS2d 445]—Appeal from an order of the Supreme Court, Cayuga County (Peter E. Corning, J.), entered October 25, 2002 in a proceeding pursuant to CPLR article 78. The order granted the motion of respondent Town of Brutus Zoning Board of Appeals to dismiss the petition as time-barred.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see* CPLR 5701 [b] [1]). Present—Green, J.P., Wisner, Scudder, Gorski and Lawton, JJ.